CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 28 2010

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| DORIS C. BURNS, | ) | |
| Plaintiff, | ) | Civil Action No. 5:09CV00108 |
| v. | ) | **FINAL ORDER** |
| MICHAEL J. ASTRUE, | ) | By: Samuel G. Wilson |
| Commissioner of Social Security, | ) | United States District Judge |
| Defendant. | ) | |

This Social Security appeal by plaintiff, Doris C. Burns, was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) for review and for the preparation of a report setting forth his proposed findings and recommendations concerning its proper disposition. The Magistrate Judge has filed a report which concludes that the final decision of the Commissioner of Social Security is supported by substantial evidence and should be affirmed. The plaintiff has objected to the report, defendant has responded to those objections, and the case is now before the court.

The court has reviewed the Magistrate Judge's report, the objections to that report, the response to the objections, and pertinent portions of the administrative record, and concludes that the Magistrate Judge's report is substantially correct and therefore adopts that report.

Accordingly, it is **ORDERED** and **ADJUDGED** that the Commissioner's decision is **AFFIRMED**, plaintiff's motion for summary judgment is **DENIED**, and this case is **ORDERED** stricken from the docket of the court.

ENTER: This October 28, 2010.

UNITED STATES DISTRICT JUDGE